**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-cr-80022-CANNON/REINHART**

**UNITED STATES OF AMERICA,**

vs.

**DANIEL M. CARVER,**
**THOMAS DOUGHERTY,**
**JOHN PAUL GOSNEY, JR.,**
**GALINA ROZENBERG,**
**MICHAEL ROZENBERG,**
**LOUIS CARVER,**
**TOMTHY RICHARDSON,**
**ETHAN MACIER,**
**ASHLEY CIGARROA, and**
**JOSE GOYOS,**

        **Defendant**.
_____/

**NOTICE OF PERMANENT APPEARANCE**

     CRANE A. JOHNSTONE, ESQ. files this appearance as counsel for the above-named movant.  Counsel agrees to represent the movant for:

____X_____ TRIAL AND ALL PROCEEDINGS IN THE DISTRICT COURT

or

_____ TRIAL, ALL PROCEEDINGS IN THE DISTRICT COURT, AND ON APPEAL

     Counsel acknowledges responsibility to advise the defendant of the right to appeal, and to file a timely notice of appeal if requested to do so by the defendant.

     Counsel hereby states that this appearance is in conformity with the requirements of Local General Rule 11.1 and the Special Rules Governing the Admission and Practice of Attorneys.

     FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

                                         Attorney: Crane Allerton Johnstone, Esq.
                                           Florida Bar Number: 616060
                                           Street Address: 2850 N.E. 55th Place

      City/State/Zip Code: Fort Lauderdale, FL 33308
      Email: cranejohnstone@gmail.com
           JohnstoneLawLegalAssistant@gmail.com
      Telephone: 954-254-0218

      Respectfully submitted,

      */s/ Crane A. Johnstone*
      Crane A. Johnstone
      Florida Bar No.: 616060
      *Local Counsel for Thomas Dougherty*
      JOHNSTONE LAW, P.A.
      2850 NE55th Place
      Fort Lauderdale, FL 33308
      Tel.: 954-254-0218
      Email: cranejohnstone@gmail.com
           JohnstoneLawLegalAssistant@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3rd 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Crane A. Johnstone*
Crane Allerton Johnstone, Esq.
Florida Bar No.: 616060