Case 9:22-cr-80022-AMC   Document 176   Entered on FLSD Docket 04/11/2022   Page 1 of 1

FILED BY DJ D.C.
Apr 8, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA

vs.                                                                      UNDER SEAL

DANIEL M. CARVER, et al.,

       **Defendants**.
_____/

## MOTION TO SEAL

The United States of America respectfully requests that the Government's Partially Opposed Motion for Discovery Protocol Governing Disclosure of Material Subject to Claims of Privilege be SEALED until further order of this Court pursuant to Federal Rule of Criminal Procedure 6(e) on the grounds that it contains material pertaining to a grand jury. The Government is providing notice and a copy of the Motion to Defendants.

This the 8th day of April, 2021.

                                            Respectfully submitted,

                                            JOSEPH BEEMSTERBOER, ACTING CHIEF
                                            CRIMINAL DIVISION, FRAUD SECTION
                                            U.S. DEPARTMENT OF JUSTICE

By:    */s/ Timothy J. Coley*
           TIMOTHY J. COLEY
           Trial Attorney
           United States Department of Justice
           Criminal Division, Fraud Section
           Special Matters Unit
           1400 New York Avenue NW
           Washington, DC 20530
           Tel: (202) 514-0395
           Timothy.J.Coley@usdoj.gov