UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80022-CR-CANNON

UNITED STATES OF AMERICA,

       Plaintiff,

v.

DANIEL M. CARVER, et al.,

       Defendants.

_____/

FILED BY _____DJ_____ D.C.

May 5, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**SEALED ORDER GRANTING MOTION TO SEAL REPLY IN SUPPORT OF
PARTIALLY OPPOSED MOTION FOR DISCOVERY PROTOCOL**

       **THIS MATTER** comes before the Court upon Government's Sealed Motion to Seal the Reply in Support of the Partially Opposed Motion for Discovery Protocol Governing Disclosure of Material Subject to Claims of Privilege [ECF No. 215], filed on May 2, 2022.   Following review, it is

       **ORDERED AND ADJUDGED** that the Motion [ECF No. 215] is **GRANTED**.   The Government's Reply in Support of the Partially Opposed Motion for Discovery Protocol Governing Disclosure of Material Subject to Claims of Privilege [ECF No. 216] shall be sealed until further order of this Court.

       **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of May 2022.

**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record