UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80022-CANNON/REINHART

UNITED STATES OF AMERICA,

v.

THOMAS DOUGHERTY, et al.

_____/

**DEFENDANT DOUGHERTY'S MOTION TO ADOPT
MOTION TO DISMISS FRAUD AND MONEY LAUNDERING COUNTS
OF THE INDICTMENT [DOC. 350]**

Defendant Dougherty moves the Court to adopt Defendant Gosney's Motion to Dismiss Fraud and Money Laundering Counts of the Indictment [Doc. 350].

This 7th day of October, 2022.

                                      Respectfully submitted,

                                      */s/ Steven H. Sadow*
                                      STEVEN H. SADOW
                                      Georgia Bar No. 622075
                                      Attorney for Defendant Dougherty

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

## CERTIFCATE OF SERVICE

I hereby certify on October 7, 2022, I filed the foregoing document with the Clerk of Court using CM/ECF.

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075
Attorney for Defendant Dougherty
