**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 22-80022-CR-CANNON/REINHART**

**UNITED STATES OF AMERICA**

**v.**

**DANIEL M. CARVER,**
**THOMAS DOUGHERTY,**
**JOHN PAUL GOSNEY JR.,**
**LOUIS CARVER, and**
**JOSE GOYOS,**

       **Defendants.**

_____/

### GOVERNMENT'S WITNESS LIST

The government hereby files its witness list.  At trial, the United States anticipates calling the following witnesses in its case-in-chief:[1]

| | |
|---|---|
| 1. | Jonathan Bent* |
| 2. | Joan Budnik* |
| 3. | Ashley Cigarroa* |
| 4. | Kamran Choudhry* |
| 5. | Darlene Connolly* |
| 6. | Rajat Deo |
| 7. | Dertailie Fairweather* |
| 8. | Candace Fasano* |
| 9. | Blake Fishman* |
| 10. | Joseph Gage |
| 11. | Rhonda James* |
| 12. | Linda Jepsen* |
| 13. | Jon Leleux |
| 14. | Bonnie Luft* |
| 15. | Gary W. Luft* |
| 16. | Ethan Macier* |
| 17. | Joseph Mamone* |

---

[1]    Pursuant to the Court's Order [ECF No. 459 at ¶ 5], witnesses with an asterisk are anticipated to provide evidence admissible under, among other provisions, Federal Rule of Criminal Procedure Rule 801(d)(2)(E).

18.  Ziad Marijieh
19.  Wilbur Martin*
20.  Carla Marsten-Feingold*
21.  Paola Mejia-Contreras*
22.  Clarence Mers*
23.  Scott Murphy
24.  Zachary Nelson*
25.  Christine Onstott
26.  Lucia Oro*
27.  William Perez*
28.  Scott Poulton*
29.  Stephen Quindoza
30.  Timothy Richardson*
31.  Marylee Robinson
32.  Tyler Roman*
33.  Galina Rozenberg*
34.  Todd Schull*
35.  Tony Senat*
36.  Elizabeth Serra*
37.  Joseph Slaughterbeck*
38.  Jestil Tapia*
39.  Monica Tran
40.  Diana Venable*
41.  FBI Analyst (toll records)
42.  FBI CART Agent
43.  OIG-HHS CART Agent

Dated:  June 26, 2023

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

GLENN S. LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

By:   *Patrick J. Queenan*
Patrick J. Queenan
FL Special Bar No. A5502715
Reginald Cuyler Jr.

2

Florida Bar No. 0114062
Andrew Tamayo
FL Special Bar No. A5502970
Trial Attorneys
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20005
patrick.queenan@usdoj.gov
reginald.cuyler.jr@usdoj.gov
andrew.tamayo@usdoj.gov
Phone: (202) 875-0326 (Queenan)
Phone: (202) 748-3024 (Cuyler)
Phone: (202) 794-4211 (Tamayo)

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2023, I caused the above Witness List to be filed electronically via CM/ECF and served on all counsel of record.

*/s/ Patrick J. Queenan*
Patrick J. Queenan
Trial Attorney
U.S. Department of Justice