UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 9:22-CR-80022-AMC

UNITED STATES OF AMERICA,

vs.

THOMAS DOUGHERTY,

                    Defendant.
_____/


SECOND SUPPLEMENT TO DEFENDANT DOUGHERTY'S MOTION
FOR DOWNWARD VARIANCE AND SENTENCING
RECOMMENDATION

Defendant Dougherty hereby supplements his previously filed "Motion for Downward Variance and Sentencing Recommendation" with character letters. The letters are marked as Exhibits 1-7.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Lead Counsel for Defendant Dougherty
Georgia Bar No. 622075
260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
Tel: 404-577-1400
Email: stevesadow@gmail.com

*/s/ Paul R. Berg*
PAUL R. BERG
Local Counsel for Defendant Dougherty
Florida Bar No. 901172
Vocelle & Berg, LLP
1701 Highway A1A, Suite 102
Vero Beach, FL 32963
Tel.: 772-610-5580, Ext. 404
Email: pberg@vocelleberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2024, I electronically filed the foregoing document with the Clerk of Court using CM/ECF that will send copies of same to all counsel of record.

*/s/ Paul R. Berg*
PAUL R. BERG

**EXHIBIT 1**

January 12, 2024

Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

**Re: Thomas Dougherty**

Dear Judge Cannon,

Tommy and I met in April 2019 when he attended the St Mark Emmaus weekend retreat as a retreatant; I was his table leader.   The retreat is a ministry of the Catholic Church, which is based on the gospel Luke 24:13-35, is focused on bringing men closer to God by opening their eyes to recognize how God is revealing Himself in their lives.  At the outset of the retreat, Tommy was very distressed and unsettled . As the weekend progressed, retreatants and Emmaus brothers listened to talks about how men transformed from their previous lives and converted to men of God.  Tommy began to understand what it meant to grow closer to God, but clearly Tommy had his share of demons haunting him.

At one point during the weekend, he wanted to just run away, literally, but we collectively convinced him to stay. There was clearly a spiritual battle underway, but Tommy persisted in seeking out a closer relationship with God.

At the end of the weekend, we attended a mass and were joined by family. I sat next to Tommy in the front row, and he proudly pointed out his wife, Jodi, and his son Cullen, and daughter, Maddison in the front row across the church. He wept with happiness as he committed to develop a personal relationship with God and draw his family closer.

Fast forward to the next retreat in November 2019, where he invited others, and he attended this time to serve at the retreat. Again, new retreatants and now, as an Emmaus brother, we listened to men talk about their conversion. Since then, Tommy served at each retreat since his initial retreat in 2019.

By August 2022, Tommy was in the midst of litigation and was clearly distressed about the potential outcome. In an impromptu talk at the retreat, Tommy disclosed the struggles he was having spiritually but vowed to the men in the room to persist and humbly asked for prayers for his family and him.

In the months that followed in 2022 and 2023, we prayed for Tommy and his family routinely. I personally prayed for him throughout 2022 and 2023 and I shared many text messages with him and talked with him periodically at weekly meetings. Tommy has grown much closer to God since he attended the first retreat.

We often discuss conversion as a commitment to change and transformation as a lifelong journey. Tommy has clearly converted to love God and in his transformation, strives to love others as he is loved by God. We know and acknowledge that we are imperfect, and we've ALL done things in our

lives that we're not proud of. Fortunately, Tommy realizes that God is merciful, and Tommy is living with the grace of knowing how much he is loved by God and is endeavoring to radiate that love and mercy he is receiving.

Tommy is clearly on a path of transformation. He's shed many vices over the years since his first retreat and I am comforted in knowing that his transformation will lead him and his family to eternity, and many of the behaviors from the past are behind him. I look forward to hearing Tommy's testimony one day soon. He will undoubtedly contribute to more men converting their lives to God and initiate new transformations by telling his story.

Very Truly Yours,

George Daulerio
Current Emmaus Retreat Leader

**EXHIBIT 2**

To Whom It May Concern:

I am writing this letter in regard to my best friend, Thomas Dougherty.

I first met Tommy 15 years ago when I moved to Florida to get sober. We instantly became friends, even growing close enough I consider him a brother. Tommy and I have been through the good, the bad, and the ugly together. We were together when our children were born, when we got married, when our mothers passed away, and everything in between. Tommy even stood by my side when I had to bury my twins. I will never forget that.

Tommy's loyalty to his family and friends is unparalleled. The way he fathers his children is so very special. The way he supports his wife is lost in today's marriages.

I hope and pray that leniency is considered in this case for Tommy. The man who helped show me what loyalty is, what unconditional love is, and the meaning and value of family.

Tommy is truly a remarkable man and I pray for him every day!

I appreciate you taking the time to read my letter, and I thank you for considering mercy for my dear friend.

Best Regards,

Ivan Baker

**EXHIBIT 3**

January 17, 2024

Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

Dear Judge Cannon,

This is the hardest thing I have ever had to do and with my children in mind I will try my best. When I met my husband, I wasn't looking for love; in fact, looking back, I didn't even know what love really was. Tommy and I were so young and everyone around us was still at the age of being single and having "fun". However, Tommy was different, he has always been responsible, loyal and dedicated to me and our life together with our two children. He has always done what he could to bring a smile to my face, even in the harder times that we've endured, he's shown me what it was like to be willing to put God first, always keep the faith and work hard to keep our beautiful family together!

When Danny approached Tommy with this business deal, we had recently lost Marge, Tommy's mom, and we were in a position where we were praying for God to open a new door for our family. Tommy told me he wanted to be able to help people and was excited for a new opportunity to grow and build something his mom would be proud of. He expressed to me that he believed this was a safe option for us; I believe he genuinely thought this was a legitimate venture. I know you must hear this often, as hindsight is always 20/20, but if we could have had a crystal ball to peak into the future I know he would have never taken this chance!

Tommy helps people. For over a decade, we happily lived paycheck to paycheck, while he went to work every day, all day, helping people with mental health issues return to their families and loved ones and to society as assets to their communities! To this day he has people calling to thank him for how's he's saved their lives! When the time came to sit down and explain what's been going on the last couple of years to our family and children, Maddison our daughter, first reaction and question was "how is daddy in trouble if he helps people"? She will be 10 in February.

We also have a son, Cullen, who is 12. Cullen is autistic and requires more of our attention from Tommy and me. Neither child understands any of this and have had suffered so much loss already in their lives. I am truly concerned about what happens if they lose their father. They are the most amazing and smart children! They deserve to grow up with every chance to be successful and without their father in their life I struggle with how that will be possible.

Your Honor, I pray that you are able to see my husband for the good things he's accomplished and see him for the amazing father he is to our children. I hope that you can see him as their hero, mentor protector and friend. Tommy is the reason why we all strive to do and be better people! The thought of Tommy not being able to be here is unbearable; I can't fathom having to lose my partner and carry the responsibilities for my children alone, without him. He's been the best dad a child could ask for. They need him as much as I do, He is our home!

I have prayed many nights asking for answers as to why us? Why do we have to go though this? What lesson is there in all of this and what can we take from this? The answer I keep coming back to is that God has a better plan for us. That one day this will be behind us and the pain and heartbreak we have endured will all make sense. I pray that time, if there has to be time, is not so long that our children will suffer too extensively. In my eyes, Tommy isn't just another person that mindfully set out to harm others. My husband is a God fearing, hardworking and loyal man who has paid tremendously thus far with all the trauma his situation has already brought on our family.
Your Honor, I respectfully ask that you look beyond these circumstances and look at who Tommy is as a whole – the person who he has lived his life as. I think if you look beyond this offense, this Court will see that Tommy has taken steps to overcome adversity in his life and make changes and this situation is no different.

Regards,

Jodi Dougherty

**EXHIBIT 4**

Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

Re: Tommy Dougherty

Dear Judge Cannon,

I met Tommy at a retreat for men in 2018. This retreat is where men take a weekend to self-reflect on their lives to grapple with the choices they have made in their lives. They sort through the effects of those choices and hopefully come to a resolution to make deep profound changes in their lives.

I have been involved with bringing men through this retreat for over 13 years and we see hundreds of men come through this experience. Everyone who goes through it gets something out of it; Some more than others. Many go on to make profound changes in their lives for the better, helping to heal broken relationships and become more attentive fathers and husbands. The retreat gives men the tools to fix the brokenness in their lives. They are encouraged to pursue virtue. In a show of gratitude for the experience many of the men come back to serve other men. Not all return to give back, but Tommy did.

Tommy was truly impacted by this retreat. He publicly praised the experience, witnessing the effect it had on him. He expressed how he wanted to change his life and felt he had the courage to do so. Following the retreat, he made a concerted effort to come to our weekly meetings traveling over an hour on a Monday night to just be with the men. He wanted to learn and grow with these men who try to live a life of holiness and virtue.

Tommy came back to serve at the retreats even though we had a hiatus due to Covid. During these retreats and meetings, I had many long talks with him about issues going on in his life. For many people, it can be hard to accept responsibility for your actions but, also the impact of consequences of those you cannot control. It's easy to project or pass blame on others. However, Tommy earnestly desired to heal the issues in his life and take responsibility for them. It was authentic. His focus changed from, "what is the world doing to me" to "what or how can I sacrifice to make this right". This change is motivated by the love he has for his family.  He wants to be a good father and husband. He was on the right track. It wasn't that everything just magically was great. It takes hard work, and he has been putting in the time.

Shortly after his retreat he learned of his indictment. This was devastating to him and to his family. He was trying to be a better man and realized he had let them down. This crushed him and it was hard. We had long talks about accountability, responsibility, courage and perseverance, to be the best man he can be, no matter the consequences. He knows he has to be strong for the family to get through this.

His family is his only focus now. He laments the fact that he put himself into a position where he will likely be separated from his family and cause them so much pain and struggle. Spending as much time with them as possible is what helps keep him strong. He has stayed connected to this group of men because he feels he can be open and honest as well as find strength and guidance.

We pray for him and hope that this Court can find some mercy to keep him close and return him quickly to his family who needs him, if he must go away for some period. He understands there are consequences to his choices; he prays his time away will be a way of strengthening his faith in God, in himself, and his future.

Thank you,

Joseph Paragone

**EXHIBIT 5**

January 15, 2024

Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U. S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

Dear Judge Cannon;

My name is Kathleen Taggart, the biological Aunt of Thomas (Tommy) Dougherty and I am writing this letter in support of my nephew, with the hope that you will see that Tommy is genuinely a good person who made a poor choice.

Tommy comes from a great family and when I found out about his situation, I walked around for days in disbelief. This life choice that has brought us here today, is one that I cannot even wrap my brain around. Our Family was very involved in Tommy's childhood. We lived together while Tom and his twin sister were infants and babysat them quite often. We were very close in proximity until his family moved to Florida in 1998. Tommy was 16 at the time.

Tommy lost his mom to stage 4 colon cancer, who unfortunately passed at the age of 56. It was a six-year battle, with highs and lows, and she passed away in November 2018. Not long after this loss, Tom mentioned changing careers from helping people with drug and alcohol addiction (which he was burning out from) to some different type of work. I still remember wishing him luck on his new venture. I even remember where we were sitting and everything.

Tom's mom had been his lifeline. When he was facing important life choices, she helped guide him on the best course. They developed a relationship of true friends and confidents as Tom grew into a young man. I know for a fact that this venturous mistake would not have happened if my sister were here. She was a force; a cancer nurse with prestige. So much so, that her honoree picture with award is hung on the wall at the entrance of Good Samaritan Hospital. I know Tommy would have shared with her his intentions on this venture and she would have made sure he knew all he needed to know about it. She would point out his risks. Candidly speaking, I cannot help but question inadvertent self-sabotage related to grievance of his mother's loss. It pains me to type that, but the timing and his grief of her death cannot go without notice.

I also think my disbelief with Tommy's situation comes from knowing his loyalty as a person. His empathy has always been a strong character trait. He is always willing to help someone and always has a kind or positive word to say. My daughters, 24 and 18, have always looked up to him, as have his other cousins. Tommy's two children and wife count on him for survival and even though Tommy has not been sentenced yet, this already feels like a loss. Not only did we lose his mom, my sister, but now we will lose her son for a period, to a mistake he made. I can't imagine the impact this will have on his young children.

I share all of this with you to help you gain insight on Tommy's family life as a man, a brother, a son, a spouse, a father, a nephew, and a cousin.  He has many people that love him, and he loves them just as much in return.  If you were to speak to folks in Tommy's life, you would hear a consistent theme telling of Tom's passion, respect, laughter, caring and truly being heard qualities.  These relationships show he is a man of character.  One who invested time and energy to create harmonious relationships.  I know if Tommy's mom was here, she would want him to feel the love and support that she gave to him, knowing he can learn from his mistakes and do better.  I know she will be present in spirit at his sentencing, and her presence will be felt.

While very difficult to accept, I recognize that there must be repercussions for Tommy's choices.  However, Your Honor, I respectfully ask that while you weigh the consequences of his circumstances, you also take into consideration that this moment in time for Tommy doesn't define the life he has lived.  I also ask that you please look at Tommy's family, particularly his children, whom we all worry about their well-being in Tommy's absence.

Sincerely,

Kathleen Taggart

**EXHIBIT 6**

Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

Dear Judge Cannon,


Tom Dougherty is my nephew  (my sister's son) and he has a twin sister, Tara.  When Tom and Tara were two years old, I became their legal guardians and raised them for almost five years. I love them like they were my own children. My guardianship over them was necessary, because in 2012 my sister, Marge (Tom's mom), was diagnosed with colon cancer.  She fought her battle for almost six years before the cancer took her.


When Marge passed away, Tom lost <u>his person</u>! They had a great relationship and always had each other's backs. With her passing, she was fortunate to leave her kids with a small inheritance.  Tom used that to invest in a company to which he saw and honest opportunity to better his family.  However, I believe Tom's investment in that company would have never happened if his mom was still here.  Tom didn't have the funds to invest in the company and Marge could not loan him the money at the time.


Tom continues to struggle to this day with losing his mom; quite frankly we all do.  We are a tight-knit family.   Her loss has had a profound and devastating impact on him and the rest of our family.   [SR1] Tom is a really good a person.  He is a fantastic Dad and the rock and foundation of his family. He has two children: a son, Cullen and a daughter, Maddison.  His son has autism which places a tremendous amount of responsibility on Tom.  Jodi, his wife is a good Mom, when she is clean.  Unfortunately, Jodi has struggled with drug abuse and has been in treatment four or five times. During each of those 3 to 4 week stays, Tom was the stable parent, taking care of the kids, the house, the bills, the meals, laundry, Homework; all of the daily responsibilities you can imagine as a parent.  They had a routine.


I lost my husband in July of 2021. Tom was on vacation that day and I had to reach him to let him know.  The next day when they came back, Tom learned he was being indicted!  He came to see me to see if I needed anything and also flew to NJ where I held my husband's celebration of life.  Through all of this, Tom never told me he was in trouble until March 2022; he knew I wouldn't be able to handle it.  I really took my husband's death hard.  I was also the person who went to the bail hearing, posted his bail and was in the court room in Port St. Lucie.  I will even be in the court room on the day of his sentencing.

I share all of this because I am scared to death for Tom's   kids if he is incarcerated.   The situation Tom finds himself in is not who he is.  From my perspective, he made a choice to better his family that turned out to be catastrophic in the long run; however, I ask this court to not judge his overall character by this one chapter, but by his overall character as a father, husband, community member and overall American citizen.  I am really worried and scared for Cullen and Maddison and their well-being and safety should their father be separated from them.

Rita Jordan

**EXHIBIT 7**

January 18, 2024

Honorable Aileen M. Cannon
Alto Lee Adams, Sr. United States Courthouse
101 South U.S. Highway 1
Chambers 4044
Fort Pierce, Florida 34950

Tara West
11601 Fir Street
Palm Beach Gardens, FL 33410

Re: Thomas Dougherty

To: The Honorable Judge Cannon,

My name is Tara West. Thomas Dougherty is not only my brother, but my twin brother. As you can imagine with a twin, we have had a close relationship for 41 years!  As such, I have had numerous opportunities to observe his character, behavior and personal qualities. We both have two children of the same age, one boy and one girl each that are best friends since birth. I understand the seriousness of the charges, however I am writing this letter in hopes that the court will understand he is not a bad person by any means, he got wrapped up in making some bad decisions, and hope that by knowing the person Tommy really is will shed some leniency on his sentence.

For most of our life, Tommy has been an upright character in the community. He grew up playing sports, having many friends, and always being our mom's favorite child. Unfortunately, we lost our mom to a battle of cancer in 2018 and it took a toll on all of us as she was the rock of our family. As most individuals, he has some obstacles in his life, but he got himself together and it was admirable to watch. Tommy battles with addiction is his 20's, and as a local ER nurse I see first-hand how hard it is to battle this addiction. Not only was he able to get the courage and the help to fight this awful disease and overcome it, he became a member of the community helping people battle addiction; something he still does to this day. Tommy has been sober for well over 10 years.

One of the hardest things I watched Tommy go through was learning that his son was not his biological child at six months old. Most would have walked away; addicts revert back to addiction, or worse. Instead, he cried, dealt with emotions and realized how much he loves this child and to this day continues to be his dad, best friend and will always be. His son, Cullen is on the Aspersers/Autism spectrum and requires a lot of support that Tommy alone gives him. Without his dad to guide him, I worry about Cullen's future. Although he is married, Tommy is the parent that does it all. He cooks dinner, sets schedules, sits and does homework, ensures they are on track, and always ensures they are living a fulfilling life; Tommy brings stability to his children's lives that they depend on. I truly worry about the children's future should they be without their dad, their main role model.

In addition to our loving sibling relationship, he is an upstanding member in the community. While it is unfortunate that he made some bad decisions wrapping him up in this situation, it will do the world no justice with him serving many years in prison. I believe he has shown the justice system what

an ethical person he is. He is ready to serve his time and return to being a father, husband, sister, son, nephew and friend. He has not once acted out, tried to run, committed new crimes, or any of some of the other behaviors that we sometimes see with other people in similar circumstances. He has stayed loyal, hopeful and diligently carrying out duties, being a role model citizen despite what is in the near future. I know I said it earlier, but I mean it more that words can express – he is a really good person that made some poor decisions after getting wrapped up with bad people. Once he knew, he left, but unfortunately it was a little too late for him.

Tommy has shown great remorse with regards to his actions and victims he created as well as what his actions have instilled upon our family with his decisions. I believe in his ability to pay his debt to society in any way possible other than a long prison sentence that will destroy his children and possibly his family. He is not a danger to the community, and I believe his behavior these past 3 years prove that.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I do and will always believe that Thomas Dougherty is an honorable individual, a valuable member of the community, and a wonderful person.

Sincerely,

Tara West